## Agnes McGinnis Hanson, Appellee, v. The County of Cook, Appellant.

### Gen. No. 19,975.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DEAN FRANKLIN, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed June 29, 1914.

### Statement of the Case.

This case presents the same questions as presented in *Kearney v. County of Cook*, p. 435, *ante*. The claim of the plaintiff in this case being similar and the procedure in each case the same, the decision in the *Kearney* case held controlling.

CARL R. CHINDBLOM and WILLIAM F. STRUCKMANN, for appellant.

A. D. GASH, for appellee.

MR. JUSTICE BAKER delivered the opinion of the court.